

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1551-09

**OSCAR RENE BENAVIDEZ, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### HIDALGO COUNTY

**HERVEY, J., filed a dissenting opinion in which KELLER, P.J., joined.**

### DISSENTING OPINION

I respectfully dissent. I agree with the Court's decision that "the court of appeals was not justified in ordering the entry of an acquittal." Maj. op. at 6. I also agree with the Court's decision that this case should be remanded to the court of appeals. Maj. op. at 9. I believe that the Court should, however, simply remand this case to the court of appeals for further proceedings not inconsistent with its opinion.

I respectfully dissent.

Hervey, J.

Filed: October 20, 2010
Publish